# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00050-CV

**Central Texas Medical Specialists, PLLC, Appellant**

**v.**

**Dr. Stephen Brown, Dr. Douglas Rivera, and Frost Bank, Appellees**

### FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-006668, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## MEMORANDUM OPINION

**PER CURIAM**

Appellant Central Texas Medical Specialists, PLLC, has filed a notice of appeal from the order appointing receiver. Appellees Dr. Stephen Brown and Dr. Douglas Rivera have filed an unopposed motion to abate this appeal for sixty days because ongoing proceedings in the trial court will soon moot most or all of the issues on appeal. Accordingly, we grant the motion and abate the appeal for sixty days. All appellate deadlines will be tolled during the period of abatement. Absent further order of this Court, this appeal will be automatically reinstated on June 30, 2023. The parties are directed to file either a status report or a motion to dismiss by that date.

Before Chief Justice Byrne, Justices Triana and Theofanis

Abated

Filed:   April 28, 2023